```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| GONZALEZ-HEYES,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>EMBLAZE ACADEMY,<br><br>　　　　Defendant. | 23-cv-4640 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On April 22, 2024, the Court held a telephonic scheduling conference in the above-captioned matter, without transcription or recording, during which counsel for all parties informed the Court that the parties had reached a settlement in principle to resolve all outstanding claims in this matter. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 60 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

　　SO ORDERED.

New York, NY
April 22, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1